**Opinion filed June 17, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00055-CV

_____

## ZANE DABNEY HENRY, Appellant

## V.

## TERESA HENRY, ADMINISTRATRIX OF THE ESTATE OF TIMOTHY HENRY, Appellee

**On Appeal from the County Court at Law**
**Brown County, Texas**
**Trial Court Cause No. P2000041**

## MEMORANDUM OPINION

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that the parties have executed a settlement agreement that resolves all of the issues presented in this appeal. Appellant therefore requests that his appeal be dismissed. *See* TEX. R. APP. P. 42.1(a). Appellant has certified that Appellee

agrees with the motion to dismiss.  Accordingly, we dismiss this appeal pursuant to the motion.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

June 17, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.